ACCEPTED
06-14-00048-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2015 3:39:46 PM
DEBBIE AUTREY
CLERK

# IN THE SIXTH COURT OF APPEALS

No. 06-14-00048-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

6/5/2015 3:39:46 PM

DEBBIE AUTREY
Clerk

HERITAGE CONSTRUCTORS, INC.,      Appellant/Cross-Appellee

vs.

CHRIETZBERG ELECTRIC, INC. and
RICHARD MARC CHRIETZBERG      Appellees/Cross-Appellant

On Appeal from the 202nd District Court
of Bowie County, Texas
Docket No. 12C0591-202

## CROSS-APPELLANT'S MOTION TO AMEND BILL OF COSTS

Winford L. Dunn, Jr.
Texas State Bar No. 06255000
Jonathan W. Beck
Texas State Bar No. 24071965
DUNN, NUTTER & MORGAN, L.L.P.
3601 Richmond Road
Texarkana, Texas 75503
Telephone: (903) 793-5651
Telecopier: (903) 794-5651

Counsel for Chrietzberg Electric, Inc. and
Richard Marc Chrietzberg, Appellees and
Chrietzberg Electric, Inc., Cross-Appellant

1

IN THE SIXTH COURT OF APPEALS

No. 06-14-00048-CV

HERITAGE CONSTRUCTORS, INC.,          Appellant/Cross-Appellee

vs.

CHRIETZBERG ELECTRIC, INC. and
RICHARD MARC CHRIETZBERG          Appellees/Cross-Appellant

On Appeal from the 202nd District Court
of Bowie County, Texas
Docket No. 12C0591-202

**CROSS-APPELLANT'S MOTION TO AMEND BILL OF COSTS**

COMES NOW Chrietzberg Electric, Inc., Cross-Appellant herein, and for its Motion to Amend Bill of Costs would show unto the Court as follows:

**I.**

The Clerk of the Court prepared a Bill of Costs as required. *See* Exhibit A. The Bill of Costs did not include an amount of $1,872.00 paid by Cross-Appellant to the trial court reporter for the Reporter's Record. *See* Exhibit B. Because the amount is an amount spent by Cross-Appellant as a preparation cost for the appellate record, the amount should be included in

2

the Bill of Costs and be notated as having been paid by the Cross-Appellant.  See Tex. R. App. P. Rule 51(a)(1).

**II.**

Cross-Appellant respectfully requests that the Bill of Cost be amended to include the amount of $1,872.00 for preparation of the Reporter's Record paid by Cross-Appellant.

WHEREFORE, PREMISES CONSIDERED, Chrietzberg Electric, Inc., Cross-Appellant, prays that the Court direct the Clerk to Amend the Bill of Costs to include the amount of $1,872.00 for preparation of the Reporter's Record paid by Cross-Appellant, and for all other relief to which it may be entitled in the premises.

Respectfully submitted,


*/s/ Jonathan William Beck*
Winford L. Dunn, Jr.
Texas State Bar No. 06255000
Jonathan W. Beck
Texas State Bar No. 24071965
DUNN, NUTTER & MORGAN, L.L.P.
3601 Richmond Road
Texarkana, Texas 75503
Telephone: (903) 793-5651
Telecopier: (903) 794-5651

Counsel for Chrietzberg Electric, Inc. and
Richard Marc Chrietzberg, Appellees and
Chrietzberg Electric, Inc., Cross-Appellant

3

## CERTIFICATE OF SERVICE

The undersigned attorney for Cross-Appellant does hereby certify that a true and correct copy of the above and foregoing motion has been served via email, to the attorneys listed below on this 5th day of June, 2015:

**Jeffery C. Lewis**
jlewis@arwhlaw.com

**Hailee M. Amox**
hamox@arwhlaw.com

*/s/ Jonathan William Beck*
**Jonathan William Beck**